**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7643**

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

ROHAN ALEXANDER WALTERS, a/k/a Dave, a/k/a Rohan Williams,

                    Defendant - Appellant.

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston. Joseph R. Goodwin, Chief District Judge. (2:97-cr-00157-2; 2:09-cv-00589)

Submitted:  April 5, 2010               Decided:  May 11, 2010

Before TRAXLER, Chief Judge, and NIEMEYER and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Rohan Alexander Walters, Appellant Pro Se.  Gary L. Call, Assistant United States Attorney, Charleston, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rohan Alexander Walters appeals the district court's order denying his petition for writ of audita querela. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Walters</u>, Nos. 2:97-cr-00157-2; 2:09-cv-00589 (S.D. W. Va. Aug. 21, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>